UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | No. 13 – 32814 |
| REVOLUTIONARY, LLC, | ) | |
| | ) | Chapter 7 (Converted from Chapter 11) |
| Debtor. | ) | |

## FINAL REPORT AND ACCOUNT OF THE
## CHAPTER 11 ESTATE OF REVOLUTIONARY, LLC

The authorized individual of the Chapter 11 Estate of Revolutionary, LLC submits the following Final Report and Account of the Chapter 11 Estate of Revolutionary, LLC:

***Assets of the Chapter 11 Estate including Entities in which Revolutionary, LLC holds a substantial or controlling interest:***

| *Name of Entity* | *Interest of the Estate* |
|---|---|
| Real Property - Baymont Inn 12801 S. Cicero, Alsip, IL | $ 4,900,000.00 |
| Machinery, Fixtures, Equipment | $ 837,500.00 |
| Cash on Hand | 0 |
| DIP Account Chase Bank #9583 | $ 34.00 |

The undersigned, having reviewed the above listing of assets and entities in which the estate of Revolutionary, LLC holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date:   January 7, 2014

_____
Signature of Authorized Individual

____Pyar S. Ali_____
Name of Authorized Individual

1

PAUL CAGHAN (A.R.D.C. No. 3123213)
**PAUL CAGHAN, P.C.**
*Attorney for Pyar S. Ali and Zeenat F. Ali*
South Barrington Executive Center
20 Executive Court, Suite 1
South Barrington, Illinois 60010
(773) 469-8724

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served the foregoing instrument by ECF Court Electronic Transmission or by mail, proper postage prepaid, a true and correct copy of the foregoing to all parties of record as shown below, this 13th day of January, 2014.

**Paul M Bach**
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
(630)575-8181
ecfbach@gmail.com
  *Assigned: 09/25/2013*

representing

**Revolutionary, LLC.**
1725 Constitution Court
Glenview, IL 60025
*(Debtor)*

**Kimberly Bacher**
Office of the U. S. Trustee, Region 11
219 S Dearborn Room 873
Chicago, IL 60604
312 886-3327
USTPRegion11.es.ecf@usdoj.gov
  *Assigned: 09/20/2013*

representing

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov
*(U.S. Trustee)*

**Mohammed O Badwan**
Sulaiman Law Group, LTD
900 Jorie Blvd Ste 150
Oak Brook, IL 60523
(630) 575-8181
mbadwan@sulaimanlaw.com
  *Assigned: 12/27/2013*

representing

**Sulaiman Law Group, Ltd.**
*(Other Prof.)*

**Mark E. Burt**
Law Offices of Mark E. Burt LLC
9026 Heritage Parkway
Woodridge, IL 60517

representing

**First Illinois Motel Corp.**
c/o Mark E. Burt, Esq.
9026 Heritage Parkway
Woodridge, Il 60517

2

| | | |
|---|---|---|
| 630 228 3800<br>meblawllc@gmail.com<br>*Assigned: 10/10/2013* | | 630 228 3800<br>630 228 4710 (fax)<br>mburt@hartzhomes.com<br>*(Interested Party)* |
| **W. Kent Carter**<br>Clark Hill PLC<br>150 North Michigan Avenue<br>Suite 2700<br>Chicago, IL 60601<br>312 985-5900<br>312- 985-5999 (fax)<br>wcarter@clarkhill.com<br>*Assigned: 09/11/2013* | representing | **American Enterprise Bank**<br>*(Creditor)* |
| **Jenner & Block**<br>*Assigned: 11/27/2013*<br>*LEAD ATTORNEY* | representing | **Ronald R Peterson**<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>312-222-9350<br>rpeterson@jenner.com<br>*(Trustee)* |
| **Michael Kelly**<br>Jenner & Block<br>353 N. Clark St.<br>Chicago, IL 60654<br>312 923-8330<br>michaelkelly@jenner.com<br>*Assigned: 11/27/2013*<br>*LEAD ATTORNEY* | representing | **Ronald R Peterson**<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>312-222-9350<br>rpeterson@jenner.com<br>*(Trustee)* |
| **John A Lipinsky**<br>Coman & Anderson, P.C.<br>650 Warrenville Road<br>Suite 500<br>Lisle, IL 60532<br>(630) 428-2660<br>jlipinsky@comananderson.com<br>*Assigned: 08/22/2013* | representing | **United Central Bank**<br>*(Creditor)* |
| **Ronald Peterson**<br>Jenner & Block<br>353 N. Clark Street<br>Chicago, IL 60654<br>312-222-9350<br>rpeterson@jenner.com<br>*Assigned: 11/27/2013* | representing | **Ronald R Peterson**<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>312-222-9350<br>rpeterson@jenner.com<br>*(Trustee)* |

3

*LEAD ATTORNEY*

| | | |
|---|---|---|
| **Ronald R Peterson**<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>312-222-9350<br>rpeterson@jenner.com<br>*Assigned: 11/18/2013* | representing | **Ronald R Peterson**<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>312-222-9350<br>rpeterson@jenner.com<br>*(Trustee)* |
| **Jeffrey R Platt**<br>650 Warrenville Road<br>Suite 500<br>Lisle, IL 60532<br>630-428-2660<br>jplatt@comananderson.com<br>*Assigned: 08/22/2013* | representing | **United Central Bank**<br>*(Creditor)* |
| **George Michael Vogl, IV**<br>Law Offices of Ledford & Wu<br>200 S. Michigan Avenue, Suite 209<br>Chicago, IL 60604<br>312 294-4400<br>312-294-4410 (fax)<br>notice@ledfordwu.com<br>*Assigned: 08/16/2013* | representing | **Revolutionary, LLC.**<br>1725 Constitution Court<br>Glenview, IL 60025<br>*(Debtor)* |