# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) Case No. 13-32814 |
| REVOLUTIONARY, LLC | ) |
| | ) Hon. Donald R. Cassling |
| Debtor. | ) |
| | ) **Hearing: January 28, 2014 at 10:30 a.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on January 28, 2014 at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Donald R. Cassling in Courtroom 619, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Motion to Compel Debtor's Principal to Correct Final Report,** at which time and place you may appear as you see fit.

    RONALD R. PETERSON, not individually but as Chapter 7 Trustee for the bankruptcy estate of Revolutionary, LLC

BY:     */s/ Ronald R. Peterson*
       Ronald R. Peterson

Ronald R. Peterson (2188473)
Michael J. Kelly (6289908)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
PH:   312-222-9350
FAX:  312-527-0484

Dated: January 15, 2014

## **CERTIFICATE OF SERVICE**

I, Ronald R. Peterson certify that on January 15, 2014, a copy of the **Notice of Motion** and **Motion to Compel Debtor's Principal to Correct Final Report** was served via the Court's ECF noticing system to the parties listed on the attached ECF Service List.

*/s/ Ronald R. Peterson*
Ronald R. Peterson

Ronald R. Peterson (2188473)
Michael J. Kelly (6289908)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
PH:    312-222-9350
FAX:   312-527-0484

## ECF SERVICE LIST

- Paul M Bach    ecfbach@gmail.com, ECFNotice@sulaimanlaw.com;Courtinfo@Sulaimanlaw.com;bkycourtinfo@gmail.com; Paul@BachOffices.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com

- Mark E. Burt    meblawllc@gmail.com

- W. Kent Carter    wcarter@clarkhill.com, estoneking@clarkhill.com

- Gary E. Green    ggreen@clarkhill.com, jfelker@clarkhill.com

- Michael Kelly    michaelkelly@jenner.com, docketing@jenner.com;mmatlock@jenner.com

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

- John A Lipinsky    jlipinsky@comananderson.com, khaskell@comananderson.com;tmaurer@comananderson.com

- Ronald Peterson    rpeterson@jenner.com, lraiford@jenner.com

- Jeffrey R Platt    jplatt@comananderson.com, ejurgenson@comananderson.com

- George Michael Vogl    notice@ledfordwu.com, courtnotice@ledfordwu.com;lwnotice@gmail.com

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-32814 |
| REVOLUTIONARY, LLC | ) | |
| | ) | Hon. Donald R. Cassling |
| Debtor. | ) | |
| | ) | **Hearing: January 28, 2014 at** |
| | ) | **10:30 a.m.** |
| | ) | |

## MOTION TO COMPEL DEBTOR'S PRINCIPAL TO CORRECT FINAL REPORT

Ronald R. Peterson, not individually but as the chapter 7 trustee for the bankruptcy estate of Revolutionary, LLC (the "Debtor"), pursuant to Bankruptcy Rule 1019(5) and 28 U.S.C. § 589b, respectfully requests entry of an order directing Pyar Ali to correct the final report filed on behalf of the Debtor.

1. The Debtor filed its voluntary chapter 11 petition on August 16, 2013. The Court converted the Debtor's chapter 11 case to a case under chapter 7 on November 12, 2013. (Doc. 76.)

2. Bankruptcy Rule 1019(5) imposes two duties on the debtor in possession of a case under chapter 11 that has converted to a case under chapter 7. First, the debtor in possession must, within 14 days of conversion, "file a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case." Bankr. R. 9019(5)(A)(i). Second, the debtor in possession must, within 30 days of conversion, "file and transmit to the United States trustee a final report and account." Bankr. R. 9019(5)(A)(i). Neither act was completed within its respective deadline. Instead, on January 13, 2014, Ali filed the Final Report and Account of the Chapter 11 Estate of Revolutionary, LLC. (Doc. 111, the "Final Report".) The Final Report is

deficient, providing only a list of assets in which the Debtor holds a substantial or controlling interest.

3.  Congress codified what content must be included in a final report by enacting 28 U.S.C. § 589b.  Among other things, the report must include:

> (1) information about the length of time the case was pending; (2) assets abandoned; (3) assets exempted; (4) receipts and disbursements of the estate; (5) expenses of administration, including for use under section 707(b), actual costs of administering cases under chapter 13 of title 11; (6) claims asserted; (7) claims allowed; and (8) distributions to claimants and claims discharged without payment[.]

28 U.S.C. § 589b(d).  The United States Trustee has developed uniform forms for final reports, which parties are required to use.  (*See* Exhibit 1.)

4.  Ali's Final Report is deficient because it omits many disclosures required by 28 U.S.C. § 589b and by the uniform form for final reports, including the receipts and disbursements of the estate and the costs of administration.  Further, Mr. Ali has not yet filed a schedule of unpaid debts incurred during the Debtor's case but before conversion, as required by Bankruptcy Rule 9019(5)(A)(i).

5.  The Court should order Ali to comply with the rules by amending the Final Report and filing a schedule of pre-conversion administrative debts.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order (i) directing Ali to amend the Final Report to comply with the requirements of 28 U.S.C. § 589b and the uniform form for final reports; (ii) directing Ali to file a schedule of unpaid debts incurred during the Debtor's case but before conversion, as required by Bankruptcy Rule 9019(5)(A)(i); and (iii) granting such other and further relief as this Court deems just.

                RONALD R. PETERSON, not individually but as chapter 7 Trustee for the bankruptcy estate Revolutionary, LLC

                By:   /s/   *Ronald R. Peterson*
                           Ronald R. Peterson

Ronald R. Peterson (2188473)

Michael J. Kelly (6289908)
JENNER & BLOCK, LLP
353 N. Clark Street
Chicago, Illinois 60654
PH:    312/222-9350
FAX:   312/527-0484

Dated: January 15, 2014